IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-3082-D |
| ) | |
| AARON PERKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court hereby directs the parties in the instant matter to file a joint status report within thirty days of entry of this Order.

**IT IS SO ORDERED** this ____4th____ day of May, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:00-CV-03082 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Valerie J. Briggs
965 N. Willett
Memphis, TN 38107

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Ann Baker
9193 Plantation Lakes Dr.
Olive Branch, MS 38654

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Aaron Perkins
753 Port Natchez
Collierville, TN 38017

Lakina Cook
7540 Chapel Ridge
Cordova, TN 38018

Tijuana Perkins
753 Port Natchez
Collierville, TN 38017

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT