IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 00-3082 D |
| | ) | |
| AARON PERKINS, TIJUANA PERKINS, DWAN BROWN, AMERICAN REALTY USA, INC., A & R INVESTMENTS, WILLIAM N. GRIFFIN, GRIFFIN, CLIFT, EVERTON & THORNTON, EQUITY FIRST MORTGAGE, LLC, LAKINA COOK, SECURITY TITLE COMPANY, INC., VALERIE J. BRIGGS d/b/a VAL PROPERTIES, ANN BAKER d/b/a ANN BAKER & ASSOCIATES, and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## ORDER OF VOLUNTARY DISMISSAL

PURSUANT TO Fed. R. Civ. P. 41(a)(2), and at the request of plaintiff, Countrywide Home Loans, Inc., the Court hereby dismisses the claims of plaintiff against all remaining defendants in this cause without prejudice. Accordingly, this cause shall be and hereby is dismissed in its entirety and may be closed by the Clerk of Court.

SO ORDERED this 31 day of May, 2005.

U.S. DISTRICT JUDGE BERNICE B. DONALD

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-1-05

114

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing, postage prepaid, this 27 day of May, 2005, to Dale Tuttle, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, TN 38103, and Stewart B. Breakstone, Esq., 200 Jefferson Avenue, Suite 725, Memphis, TN 38103.

_____
Douglas F. Halijan

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:00-CV-03082 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lakina Cook
7540 Chapel Ridge
Cordova, TN 38018

Valerie J. Briggs
965 N. Willett
Memphis, TN 38107

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Ann Baker
9193 Plantation Lakes Dr.
Olive Branch, MS 38654

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Tijuana Perkins
753 Port Natchez
Collierville, TN 38017

Aaron Perkins
753 Port Natchez
Collierville, TN 38017

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT