UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.
JUN -6 PM 1:30
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC. | JUDGMENT IN A CIVIL CASE |
| v. | |
| AARON PERKINS, TIJUANA PERKINS, DWAN BROWN, AMERICAN REALTY USA, INC., A & R INVESTMENTS, WILLIAM N. GRIFFIN, GRIFFIN, CLIFT, EVERTON & THORNTON, EQUITY FIRST MORTGAGE, LLC, LAKINA COOK, SECURITY TITLE COMPANY, INC., VALERIE J. BRIGGS d/b/a VAL PROPERTIES, ANN BAKER d/b/a ANN BAKER & ASSOCIATES, and JOHN DOES 1-10 | CASE NO: 00-3082-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Voluntary Dismissal entered on June 1, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 5, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

115

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:00-CV-03082 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Lakina Cook
7540 Chapel Ridge
Cordova, TN 38018

Ann Baker
9193 Plantation Lakes Dr.
Olive Branch, MS 38654

Valerie J. Briggs
965 N. Willett
Memphis, TN 38107

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Tijuana Perkins
753 Port Natchez
Collierville, TN 38017

Aaron Perkins
753 Port Natchez
Collierville, TN 38017

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT